### Christina M. O'DELL, et al., Respondent,

v.

### Juan Paplo PEREZ–LUNA, Appellant.

#### No. WD 68007.

Missouri Court of Appeals, Western District.

March 11, 2008.

William E. Erdrich, Esq., St. Joseph, MO, for Appellant.

Jennifer L. Simmons, Esq., St. Joseph, MO, for Respondent.

Before HARDWICK, P.J., SMART, JJ. and WITT, Sp. J.

Juan Paplo Perez–Luna appeals from a paternity judgment granting sole legal and physical custody of his two minor children to their mother, Christina O'Dell. The judgment is affirmed. **Rule 84.16(b).**

### STATE of Missouri, Respondent,

v.

### Luis RODRIQUEZ, Appellant.

#### No. WD 67646.

Missouri Court of Appeals, Western District.

March 11, 2008.

Margaret Mueller Johnston, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Jamie Pamela Rasmussen, Office of Attorney General, Jefferson City for respondent.

Before VICTOR C. HOWARD, Chief Judge, PAUL M. SPINDEN, Judge, and RONALD R. HOLLIGER, Judge.

#### ORDER

Luis Rodriguez appeals the circuit court's judgment convicting him of trafficking in the first degree in violation of § 195.222, RSMo 2000. We affirm in this per curiam order entered pursuant to Rule 30.25(b).